# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETER BILLITTERI and LIEN BILLITERI,<br><br>     Plaintiff<br><br>v.<br><br>3M COMPANY, et al.,<br><br>     Defendants | Case No.: 2:24-cv-0651-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

 I ORDER that the defendants' certificates of interested parties (ECF Nos. 16, 17) are STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificates do not identify the defendants' citizenship as required by the amendment to that rule.

 I FURTHER ORDER the defendants to file proper certificates of interested parties by April 30, 2024.

 DATED this 22nd day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE