1  ROBERT E. SCHUMACHER, ESQ.
   Nevada Bar No. 7504
2  **GORDON REES SCULLY MANSUKHANI, LLP**
3  300 South 4th Street, Suite 1550
   Las Vegas, Nevada 89101
4  Telephone: (702) 577-9300
   Direct Line: (702) 577-9319
5  Facsimile: (702) 255-2858
   E-Mail: rschumacher@grsm.com
6

7  BENJAMIN W. HULSE, ESQ. (*Admitted Pro Hac Vice*)
   GABRIEL RAMIREZ-HERNANDEZ, ESQ. (*Admitted Pro Hac Vice*)
8  **NORTON ROSE FULBRIGHT U.S. L.L.P.**
   60 South Sixth Street, Suite 3100
9  Minneapolis, MN 55402
   Phone: (612) 321-2800
10 E-Mail: ben.hulse@nortonrosefulbright.com
           gabriel.ramirezhernandez@nortonrosefulbright.com
11

12 *Attorneys for Defendants,*
   *3M COMPANY AND ARIZANT HEALTHCARE, INC.*
13
                **UNITED STATES DISTRICT COURT**
14
                    **DISTRICT OF NEVADA**
15

16 PETER BILLITTERI, et al.,                         CASE NO.  2:24-cv-00651-APG-BNW

17                    Plaintiffs,                    **JOINT STIPULATION AND**
                                                     **ORDER TO EXTEND REPLY IN**
18       vs.                                         **SUPPORT OF DEFENDANTS**
                                                     **3M COMPANY AND ARIZANT**
19 3M COMPANY, et al.,                               **HEALTHCARE INC.'S MOTIONS**
                                                     **TO EXCLUDE PLAINTIFF'S**
20                    Defendants.                    **EXPERTS**
21

22
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

-1-

**JOINT STIPULATION AND ORDER TO EXTEND REPLY IN SUPPORT OF DEFENDANTS 3M COMPANY AND ARIZANT HEALTHCARE INC.'S MOTION TO EXCLUDE PLAINTIFF'S EXPERTS**

The Parties, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Motion for Leave (Dkt. No. 40) to file belated responses to 3M's Motion to Exclude Dr. Theodoros Kelesidis (Dkt. No. 35) and Motion to Exclude Dr. Yadin David (Dkt. No. 31) (collectively, "the Motions" or "Motions to Exclude") on September 2, 2025. Defendants did not oppose that motion;

WHEREAS, though the Court has not yet ruled on the motion for leave, Plaintiffs filed their responses on September 3, 2025. (Dkt. Nos. 43, 44.);

WHEREAS, pursuant to Local Rule 7.2(b), 3M's Replies in Support of its Motion to Exclude Plaintiffs' Expert, Dr. Theodoros Kelesidis (Dkt. No. 35) and Motion to Exclude Plaintiffs' Expert, Dr. Yadin David (Dkt. No. 31) are due on September 10, 2025;

WHEREAS, the hearing on 3M's Motions has not yet been set;

WHEREAS, on September 2, 2025, 3M requested a seven-day extension to prepare and file its Replies in support of its Motions to Exclude, and counsel for Plaintiffs' consented;

WHEREAS, this is 3M's first stipulation for an extension of time to file its Reply in support of its Motions to Exclude Plaintiffs' experts;

BASED ON THE RECITALS ABOVE, the Parties hereby stipulate and agree that the deadline for 3M's Reply in Support of its Motion to Exclude Plaintiff's Expert Dr. Theodoros Kelesidis (Dkt. No. 35) and Motion to Exclude Plaintiff's Expert Dr. Yadin David (Dkt. No. 31) shall be extended by one week. 3M's Replies shall be due no later than September 17,

///
///
///
///
///
///

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV 89101*

-2-

2025.

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Robert E. Schumacher
ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101

BENJAMIN W. HULSE, ESQ.
(*Admitted Pro Hac Vice*)
GABRIEL RAMIREZ-HERNANDEZ, ESQ.
(*Admitted Pro Hac Vice*)
**NORTON ROSE FULBRIGHT U.S. L.L.P.**
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402

*Attorneys for Defendants,*
***3M COMPANY AND ARIZANT HEALTHCARE, INC.***

**WALSTON, PC**

/s/ Clifford Walston
CLIFFORD WALSTON
(*Admitted Pro Hac Vice*)
4411 San Felipe Street, Suite 600
Houston, TX 77027

LEWIS GAZDA, ESQ.
Nevada Bar No. 04269
AFSHIN TADAYON, ESQ.
Nevada Bar No. 6517
PAULINA WILLIAMS, ESQ.
Nevada Bar No. 16347
**GAZDA & TADAYON**
2600 South Rainbow Blvd., Suite 200
Las Vegas, Nevada 89146

*Attorney for Plaintiffs,*
***PETER AND LIEN BILLITTERI***

**ORDER**

**IT IS SO ORDERED:**

_____
**ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  September 17, 2025**